COLATERAL FACTORS CORP., Respondent, v. MILTON KESTENBERG, Appellant.—

Concur — Stevens, J. P., Eager, Capozzoli, McNally and McGivern, JJ.

In the Matter of RALPH LANGFORD, Doing Business as LOTUS VILLAGE CAFE v. STATE LIQUOR AUTHORITY.—

Concur — Botein, P. J., Stevens, Capozzoli, Tilzer and McNally, JJ.